United States District Court
Southern District of Texas
ENTERED
AUG 13 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 12 1998
Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGERIO RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-95-178 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Rogerio Rodriguez ("Rodriguez") has filed his second § 2255 habeas petition in this court. The government has filed a response. In his petition in response to question 10, Rodriguez denied having filed a prior petition. This is untrue. He filed a § 2255 petition in cause number B-94-244. This was dismissed on March 20, 1995.

### RECOMMENDATION

Rodriguez' claims in his current petition that his sixty month sentence for conspiring to possess with intent to distribute marihuana was improper because there was an upward adjustment for Rodriguez' aggravated role in the crime which precluded his receiving the benefit of the "safety valve" provision of U.S.S.G. 5C1.2.

Apart from the fact that this is a successive petition and constitutes abuse of the writ, Rodriguez' claims lack merit. It is axiomatic that claims based on application of the Guidelines do not rise to a constitutionally protected level. *United States v. Vaughn*, 955 F.2d 367, 368 (5th Cir. 1992).

IT IS THEREFORE RECOMMENDED that Rogerio Rodriguez' Habeas Petition be **DISMISSED**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 12th day of August 1998.

_____
John Wm. Black
United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGERIO RODRIGUEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-95-178 |
| UNITED STATES OF AMERICA, | § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of August 12, 1998, should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this _____ day of _____ 1998.

                                                                              _____
                                                                              Filemon B. Vela
                                                                              United States District Judge

ClibPDF - www.fastio.com